JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAI TANKOVICH, MD, PhD,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CANDELA MEDICAL, INC.,<br><br>　　　　　Defendant. | Case No. 8:21-cv-01955-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order on Defendant's Motion to Dismiss [ECF No. 24]" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court does not possess personal jurisdiction over Defendant Candela Medical, Inc.

2. Accordingly, the Complaint of Plaintiff Nikolai Tankovich is **DISMISSED for lack of jurisdiction**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 24, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE